

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
| --- | --- | --- |
| THE STATE OF TEXAS, | § | No. 08-14-00271-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 7 |
| | § | |
| VICTOR MANUEL GALLEGOS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 20120C00815) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of acquittal, reform the judgment to reflect a conviction for the lesser-included offense of class-B misdemeanor criminal mischief, and remand the cause to the trial court for a punishment hearing, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.